

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*50 Main Street – Suite 1100*
*White Plains, New York 10606*

June 6, 2023

**By Email and ECF**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Nelvin Mejia-Marte*, **23 MJ 3704**

Dear Judge McCarthy,

      On or about May 8, 2023, the Honorable Paul E. Davison, United States Magistrate Judge for the Southern District of New York, signed a sealed complaint charging the defendant with violations of federal law. The defendant was presented before Judge Davison on or about the same day and, during this initial appearance, Judge Davison ordered that the matter remain under seal for a period of thirty days. In advance of the preliminary hearing date for this matter, and in consideration of the expiration of the thirty days, the Government respectfully asks the Court to unseal the complaint.

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

By: _____
Kaiya Arroyo
Assistant United States Attorney
(914) 993-1919

APPLICATION GRANTED

_____
Hon. Judith C. McCarthy
6-6-2023